IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIE C. SMITH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 23-668-RGA |
| | : | |
| CAPITAL ONE AUTO FINANCE, | : | |
| | : | |
| Defendant. | : | |

### ORDER

WHEREAS, a Show Cause Order was issued on September 21, 2023, directing the Plaintiff to advise by October 23, 2023, why the case should not be dismissed for failure to serve proper process within 90 days of the filing of the complaint, pursuant to Fed. R. Civ. P. 4(m) (D.I. 4);

WHEREAS, as of today, October 31, 2023, Plaintiff has not filed a response;

NOW THEREFORE, IT IS HEREBY ORDERED that, the case is DISMISSED without prejudice.

| | |
|---|---|
| October 31, 2023 | /s/ Richard G. Andrews |
| Date | United States District Judge |